IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT

| | |
|---|---|
| Rodney Lee Montgomery Plaintiffs, v. Teon Blue, et, al. | Civil Action 1:22-CV-01134 |

FILED AUG 28 2023

Plaintiff Rodney Montgomery corrects the defects of Civil Action 1:22 CV-01134.
Plaintiff filed A "Motion For Leave To File An Amended Complaint over 30 days ago and Plaintiff then filed a Motion For leave To detached the Added Civil Action.
This Scotland Facility Staff Mail Room with-held the Amended Complaint and Plaintiff was thinking the Courts had Recieved my Amended Complaint along with the Declaration and Request to Proceed In Forma Pauperis all the while Scotland Prison had with-held my Mail for 30 days. This was out-going Mail to the Clerk of Court and Mr. bex Kolins Staff Attorney from Prisoners Legal Service has been providing me some assistance, so hopefully everything is correct.

Respectfully,
Rodney Montgomery

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Rodney Lee Montgomery <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> Mr. Teon Blue <br> Mr. John Doe <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> COMPLAINT <br> (PRO-SE PRISONER) <br><br> JURY DEMAND? <br> ☑ YES <br> ☐ NO |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Rodney Lee Montgomery
- All other names by which you have been known: Al-Amin Aman
- ID Number: 0287410
- Current Institution: Scotland Correctional Institution
- Address: 22385 McGirts Bridge Rd.
  Laurinburg, N.C. 28353
  City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: TEon Blue
- Job or Title (if known): Officer
- Shield Number:
- Employer: Scotland Correctional Institution
- Address: 22385 McGirts Bridge Rd.
  Laurinburg N.C. 28353
  City / State / Zip Code
- [✓] Individual capacity [✓] Official capacity

Defendant No. 2
- Name: John Doe
- Job or Title (if known): Officer
- Shield Number:
- Employer: Scotland Correctional Institution
- Address: 22385 McGirts Bridge Rd.
  Laurinburg N.C. 28353
  City / State / Zip Code
- [✓] Individual capacity [✓] Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

         *City*        *State*        *Zip Code*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

         *City*        *State*        *Zip Code*

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

      ☐ Federal officials (a *Bivens* claim)

      ☑ State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

      8th Amendment, [PLM 8/17/23] ~~14th~~ Amendment, [PLM] ~~1st~~ Admendment

   C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

This incident happen at Scotland Correctional Institution in the Recieving area Shower Stall No.#2 at Approx 11:30 A.m to 12:00 A.m.

C. What date and approximate time did the events giving rise to your claim(s) occur?

On 6-23-22 at Approx 11:30 A.m. to 12:00 A.m.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Captain Ghuse left me in the Shower Stall unsupervised with me handcuffed from behind and Officer Blue and Officer John Doe Retaliated against me by punching me with their fist and Kicking me.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Ribs and Stomach and Ear and Jaw, Broken Bones in my Elbow, Hip Pain, Headaches, Caused Injury to my body Along with Emotional Distress and Caused Atypical hardship

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Scotland Correctional Institution

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? Scotland Institution (Restrictive Housing)

2. What did you claim in your grievance? I was left in a Shower Stall with Restraint on behind my back, When Officer Blue and Officer John DOE enter the Shower Stall Punching and Kicking me. Sending me to the Scotland Memorial Hospital. It was Captain Gause Who left me in the Shower Stall.

3. What was the result, if any? The Scotland Administration sought to obfuscate the matter by obstructing the incident reports ect.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
The Grievance process is Completed. I appealed Step 1 and Step 2 Response and fully complete the 3rd STEP.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Grievance Appeal No. 4860-2022-LPoDC-19196 which was assigned to a Grievance Examiner and completed on 11/9/22

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Page 9 of 11

Case 1:23-cv-00742-CCE-JEP    Document 2    Filed 08/28/23    Page 10 of 18

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-22-23   RLM   8-12-23

Signature of Plaintiff: *Rodney Montgomery*
Printed Name of Plaintiff: Rodney Montgomery
Prison Identification #: 0287410
Prison Address: Scotland Correctional Institution, Laurinburg, N.C. 28353

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

IV. Statement of Claim:

Plaintiff Rodney Montgomery is and was at all times mentioned herein A Muslim prisoner of the North Carolina Department of Adult Correction.
Plaintiff is currently confined in Scotland Correctional Institution.
On 6-23-22 after decontaminating in the Scotland Facility Recieving area, I was left in the Shower Stall Number #2 by Captain Gause with handcuff restraints on behind my back. Standing at the front of the locked Shower Stall gate at approx: 11:30 A.M. To 12:00 A.m.
Officer Teon Blue and John DoE (officer) I dont have a positive name identity.
Officer Blue and Mr. John DoE entered the Number #2 Shower Stall with officer Blue ordering Plaintiff Rodney Montgomery to the back of the

(1)

Shower Stall. Plaintiff Montgomery complied with officer Blue order with officer Blue stating to me "Now I'm telling you Montgomery dont get No water on me."

At this time Officer Blue walked his body directly with-in Inches of my facial-AREA.

Officer Blue ask Plaintiff Montgomery what is wrong with his hair? Plaintiff Montgomery stated to Officer Blue wasn't nothing wrong with his hair. Officer Blue continued this small-talk rhetoric in regards to my hair, all the while officer Blue is clenching his hands into a fist.

Officer Mr. John Doe said Nothing durning this incident and Plaintiff Montgomery said Nothing to him.

Officer Blue swung on Plaintiff Rodney Montgomery with his right-fist

(2)

several times hitting plaintiff in the back of my head-area with officer John Doe hitting me in the head and body knocking me down on the Concrete Shower floor. At this time I'm screaming for help, officer Teon Blue and John Doe began kicking me in the sides, stomach, Body and HEAD-AREA.
When I plaintiff Montgomery tried to get away from the assault by getting out the Shower Stall officer Blue would pull me back kicking his last kick to my left-Ear.
I was taking to the Medical Station by officer Blue and John Doe entering the Medical area through the side door. I was placed in an observation Room in the Medical Station. I reported this assault to a male nurse and he stated my complaint was a custody issue.

(3)

At this time I try to remove the wet contaminated pants I was wearing from being on the shower floor. Officer Blue and John Doe forced the contaminated pants back onto my body. Officer John Doe is one of the officers that used force on me prior to this incident, also Officer John Doe is one of the officers that took my personal property from my possession which included my Medical Eye-Glasses, Radio @ Headphones and a Manilla Legal Envelope which contain "PREA" Information. This property was not returned to me. I Plaintiff Montgomery was sent to Scotland County Memorial Hospital for my injuries where I was denied Food and Water.

I hereby declare this statement to be accrute and true.

Respectfully Submitted,
Rodney Montgomery #0287410
Rodney Montgomery

Date: 6/12/23

(4)

## VI. Relief

WHEREFore, plaintiff respectfully prays that this court enter judgement granting plaintiff: A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

A preliminary and permanent injunction ordering defendants to cease taking plaintiff to secluded Areas of the prison on a false pretense of a Strip-Search off camera into cells and shower stalls seeking confrontation off camera into a one man shower-Stalls seeking provocation and theres been a repetition of assaults with-in this shower Stall in the recieving area more than the entire prison.

Compensatory damages in the amount of $75,000 against each defendant,

(1)

Jointly and serverally.
Punitive damages in the amount of $75,000⁰⁰ against each defendant MR. Teon Blue and Mr. John Doe.

A Jury trial on all issues triable by Jury, and Plaintiff costs in this suit and any additional Relief this Court deems Just, proper, and equitable.

Dated: 6-12-23
Respectfully Submitted,
Rodney Montgomery #0287410
Rodney montgomery

Scotland Correctional Institution
22385 McGirts Bridge Rd.

I declare under penalty that foregoing is accurate and true.

Rodney Montgomery
Date: 6-18/23

(II)